McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER EXTENDING** |
| v. | ) **THE UNITED STATES' TIME TO FILE A** |
| | ) **COMPLAINT FOR FORFEITURE AND/OR** |
| APPROXIMATELY $493,215.00 IN U.S. | ) **TO OBTAIN AN INDICTMENT ALLEGING** |
| CURRENCY, | ) **FORFEITURE** |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated by and between the United States of America and Claimant Frank Lam (hereafter "Claimant"), by and through his respective attorney, as follows:

1.      On or about December 18, 2006, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the approximately $493,215.00 in U.S. Currency (hereafter "currency"), which was seized on or about August 30, 2006.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

///

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1  forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to

2  forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,

3  unless the court extends the deadline for good cause shown or by agreement of the parties.

4       4.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

5  July 13, 2007, the time in which the United States is required to file a civil complaint for forfeiture

6  against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7       5.     Accordingly, the parties agree that the deadline by which the United States shall be

8  required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging

9  that the currency is subject to forfeiture shall be extended to July 13, 2007.

10  Dated: March 15, 2007            McGREGOR W. SCOTT
                                            United States Attorney

11

12                                            /s/ Stephanie Hamilton Borchers
                                        STEPHANIE HAMILTON BORCHERS

13                                          Assistant United States Attorney

14

15  Dated: March 14, 2007            /s/ Douglas I. Horngrad

16                                          DOUGLAS I. HORNGRAD
                                        Attorney for Potential Claimant Frank Lam

17                                          (Original signature retained by attorney)

18             **IT IS SO ORDERED.**

19  Dated: March 16, 2007            /s/ *Dennis L. Beck*
*Nunc ProTunc* to March 14, 2007       UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28