```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STEPHANIE HAMILTON BORCHERS
    Assistant U.S. Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:07-MC-00010-DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) ***SECOND* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $493,215.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the United States of America and Claimant Frank Lam (hereafter "Claimant"), by and through his respective attorney, as follows:

1. On or about December 18, 2006, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the approximately $493,215.00 in U.S. Currency (hereafter "currency"), which was seized on or about August 30, 2006.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

///

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1  forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to
2  forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,
3  unless the court extends the deadline for good cause shown or by agreement of the parties.

4      4.    By Stipulation and Order filed on March 16, 2007, the parties stipulated to extend to
5  July 13, 2007, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment
6  Alleging Forfeiture.

7      5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further
8  extend to October 11, 2007 (90 days), the time in which the United States is required to file a civil
9  complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency
10  is subject to forfeiture. The parties request an extension in order to determine whether the forfeiture
11  can be resolved with the pending criminal matter.

12      6.    Accordingly, the parties agree that the deadline by which the United States shall be
13  required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging
14  that the currency is subject to forfeiture shall be further extended to October 11, 2007.

15  Dated: July 13, 2007        McGREGOR W. SCOTT
                            United States Attorney
16

17                              /s/ Stephanie Hamilton Borchers
                            STEPHANIE HAMILTON BORCHERS
18                              Assistant United States Attorney

19

20  Dated: July 13, 2007        /s/ Ray Schwarte, Esq., for:
                            DOUGLAS I. HORNGRAD
21                              Attorney for Potential Claimant Frank Lam

22                              (Original signature retained by attorney)

23
                            IT IS SO ORDERED.
24
    **Dated:   July 14, 2007**        /s/ Oliver W. Wanger
25                              UNITED STATES DISTRICT JUDGE

26

27

28