McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-MC-00010-DLB |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| APPROXIMATELY $493,215.00 IN U.S. CURRENCY, | |
| Defendant. | |

The above-captioned temporary case number has been replaced by a permanent civil case number pursuant to the filing of a Verified Complaint for Forfeiture *In Rem, United States v. Approximately $493,215.00 in U.S. Currency*, 1:07-CV-01492-OWW-DLB. Accordingly, the temporary case is dismissed.

IT IS SO ORDERED.

Dated:   **October 15, 2007**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE